IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **CARPENTER TECHNOLOGY CORPORATION**, a corporation, | : : : : | |
| **Plaintiff,** | : | CIVIL ACTION NO. 17-2390 |
| v. | : : | |
| **OERLIKON METCO (US) INC.**, a corporation, and **JAMES H. RYAN**, an individual, | : : : : | |
| **Defendants.** | : | |

### PLAINTIFF'S NOTICE OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1) of the Federal Rules of Civil Procedure, Plaintiff Carpenter Technology Corporation and its counsel hereby gives notice that this matter is voluntarily dismissed with prejudice, with each party to bear its own costs.

Dated: June 12, 2017

s/Amanda D. Crawford
Daniel P. O'Meara (PA ID 53535)
Amanda D. Crawford (PA ID 320499)
Montgomery, McCracken, Walker & Rhoads, LLP
123 South Broad Street
Philadelphia, PA  19109
(215) 772-7647
*Attorneys for Plaintiff*

## **CERTIFICATE OF SERVICE**

I hereby certify that I served a true and correct copy of the forgoing document upon the following via the Court's ECF System:

>Philip J. Campisi, Jr., Esq.
>Westerman Ball Ederer Miller Zucker & Sharfstein LLP
>1201 RXR Plaza
>Uniondale, New York 11556
>
>Steven K. Ludwig, Esq.
>Franz Español, Esq.
>Catherine T. Barbieri, Esq.
>Fox Rothschild LLP
>2000 Market Street, 20th Floor
>Philadelphia, PA 19103
>*Attorneys for Oerlikon Metco (US) Inc.*
>
>Stephen G. Harvey, Esq.
>Steve Harvey Law LLC
>1880 John F. Kennedy Blvd, Suite 1715
>Philadelphia, PA 19103
>*Attorney for James H. Ryan*

Dated: June 12, 2017                                                s/ Amanda D. Crawford